UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HUGOLIO DE LA RIVA,   ) Case No.  EDCV 15-2437 DSF(JC)
      Petitioner,  )
         )
    v.     ) JUDGMENT
         )
PERRY, Warden,    )
      Respondent. )
         )

   Pursuant to this Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed.

   IT IS SO ADJUDGED.

DATED:   December 3, 2015

_____
/s/

Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE